WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED'09 MAY 31 12:40USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GEORGE KANGES,**                    CV # 08-117-HU

   Plaintiff,

vs.                                         ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

     Attorney fees in the amount of $5,400.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

     DATED this 26th day of May, 2009.

                                      _____
                                      United States District / ~~Magistrate~~ Judge

Submitted on May 19, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1